B1 (Official Form 1)(04/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| District of Nevada | |

| Name of Debtor (if individual, enter Last, First, Middle): MSAA PA Partners, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) 26-1758469 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): 5299 Alton Pkwy. Suite 216 Irvine, CA                    ZIP Code 92604 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business: Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): P.O. Box 60609 Irvine, CA                    ZIP Code 92602 | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                               **Page 2**

| | |
|---|---|
| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>MSAA PA Partners, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>MSAA LV Partners, LLC | Case Number:<br>BK-S-15-14589-ABL | Date Filed:<br>08/11/2015 |
|---|---|---|
| District:<br>Nevada | Relationship:<br>Affiliate | Judge:<br>Landis |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | MSAA PA Partners, LLC |

Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

Talitha Gray Kozlowski, Esq. NV Bar No. 9040
Printed Name of Attorney for Debtor(s)

Garman Turner Gordon LLP
Firm Name

650 White Drive
Suite 100
Las Vegas, NV 89119
Address

725-777-3000
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Zafar Jafri
Printed Name of Authorized Individual

Member
Title of Authorized Individual

08 – 12 – 15
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

MSAA PA Partners, LLC

Pending Bankruptcy Case Filed by any Spouse Partner, or Affiliate of this Debtor (if more than one attached additional sheet)

Name of Debtor: MSAA LV Partners, LLC
Case Number
Date Filed: August 11, 2015
District: Nevada
Relationship: Affiliate

Name of Debtor: MSAA Holdings, LLC
Case Number
Date Filed: August 11, 2015
District: Nevada
Relationship: Affiliate

Name of Debtor: MSAA Partners, LLC
Case Number
Date Filed: August 11, 2015
District: Nevada
Relationship: Affiliate

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   MSAA PA Partners, LLC

Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A&W RESTAURANTS INC<br>McGrathiana Parkway<br>Suite 380<br>Lexington, KY 40511 | A&W RESTAURANTS INC<br>McGrathiana Parkway<br>Suite 380<br>Lexington, KY 40511 | | | 122,215.81 |
| AMERICAN REALTY CAPITAL<br>ATTN: CINDY DIP<br>200 DRYDEN ROAD SUITE 1100<br>DRESHER, PA 19025 | AMERICAN REALTY CAPITAL<br>ATTN: CINDY DIP<br>200 DRYDEN ROAD SUITE 1100<br>DRESHER, PA 19025 | | | 160,353.01 |
| CROSSROADS LP<br>2801 LIBERTY AVE STE 100<br>PITTSBURGH, PA 15222 | CROSSROADS LP<br>2801 LIBERTY AVE STE 100<br>PITTSBURGH, PA 15222 | | | 19,839.60 |
| ECOLAB EQUIPMENT CARE - CC<br>GCS SERVICE, INC.<br>24673 NETWORK PLACE<br>CHICAGO, IL 60673-1246 | ECOLAB EQUIPMENT CARE - CC<br>GCS SERVICE, INC.<br>24673 NETWORK PLACE<br>CHICAGO, IL 60673-1246 | | | 20,855.15 |
| ERRI-DI-WEST<br>112 MILLBRAE LANE<br>CHAPEL HILL, NC 27514 | ERRI-DI-WEST<br>112 MILLBRAE LANE<br>CHAPEL HILL, NC 27514 | | | 37,449.96 |
| JORDAN TAX SERVICE, INC.<br>#31638-31639-31650-31660<br>102 RAHWAY ROAD<br>MC MURRAY, PA 15317-3349 | JORDAN TAX SERVICE, INC.<br>#31638-31639-31650-31660<br>102 RAHWAY ROAD<br>MC MURRAY, PA 15317-3349 | | | 16,822.34 |
| KALEEL BROTHERS, INC.<br>761 Bev Road<br>Youngstown, OH 44512 | KALEEL BROTHERS, INC.<br>761 Bev Road<br>Youngstown, OH 44512 | | | 20,925.40 |
| KEYSTONE COLLECTIONS GROUP<br>546 WENDEL ROAD,<br>IRWIN, PA 15642 | KEYSTONE COLLECTIONS GROUP<br>546 WENDEL ROAD,<br>IRWIN, PA 15642 | | | 25,440.62 |
| LAUREL OF KITTANNING<br>PO BOX 472<br>LATROBE, PA 15650 | LAUREL OF KITTANNING<br>PO BOX 472<br>LATROBE, PA 15650 | | | 15,000.00 |
| LONG JOHN SILVER'S<br>PO BOX 63-7629<br>CINCINNATI, OH 45263-7629 | LONG JOHN SILVER'S<br>PO BOX 63-7629<br>CINCINNATI, OH 45263-7629 | | | 3,435,071.22 |

B4 (Official Form 4) (12/07) - Cont.

In re    MSAA PA Partners, LLC                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MANGIARELLI REALTY & DEVELOPMENT 2516 WILMINGTON ROAD NEW CASTLE, PA 16105-1644 | MANGIARELLI REALTY & DEVELOPMENT 2516 WILMINGTON ROAD NEW CASTLE, PA 16105-1644 | | | 16,188.82 |
| McLane Foodservice, Inc. c/o Eric R. Goodman, Baker Hostetler PNC Center, 1900 East 9th Street Suite 3200 Cleveland, OH 44114-3482 | McLane Foodservice, Inc. c/o Eric R. Goodman, Baker Hostetler PNC Center, 1900 East 9th Street Cleveland, OH 44114-3482 | | | 51,822.20 |
| MOSITES HIGHTOWER CO 4839 CAMPBELLS RUN ROAD, PITTSBURGH, PA 15205 | MOSITES HIGHTOWER CO 4839 CAMPBELLS RUN ROAD, PITTSBURGH, PA 15205 | | | 46,415.40 |
| NAC ADVERTISING LOCK BOX 3585 RELIABLE PARKWAY CHICAGO, IL 60686-0035 | NAC ADVERTISING LOCK BOX 3585 RELIABLE PARKWAY CHICAGO, IL 60686-0035 | | | 63,818.30 |
| OXFORD DEVELOPMENT - 31658 ONE OXFORD CENTRE STE 4500 PITTSBURGH, PA 15221 | OXFORD DEVELOPMENT - 31658 ONE OXFORD CENTRE STE 4500 PITTSBURGH, PA 15221 | | | 197,683.12 |
| PR WASHINGTON CROWN LIMITED PARTNERSHIP PO BOX 347859 PITTSBURGH, PA 15251-4859 | PR WASHINGTON CROWN LIMITED PARTNERSHIP PO BOX 347859 PITTSBURGH, PA 15251-4859 | | | 49,860.06 |
| RIVERVIEW PLAZA ASSOCIATED THREE GATEWAY CENTER SUITE 200 401 LIBERTY AVE. PITTSBURGH, PA 15222 | RIVERVIEW PLAZA ASSOCIATED THREE GATEWAY CENTER SUITE 200 401 LIBERTY AVE. PITTSBURGH, PA 15222 | | | 14,885.34 |
| TECH ONE ASSOC 200 MARSHALL DR CORAOPOLIS, PA 15108 | TECH ONE ASSOC 200 MARSHALL DR CORAOPOLIS, PA 15108 | | | 98,050.56 |
| TRI COUNTRY 1989 LIMITED PARTNERSHIP ATTN: MARYBETH FREUND PITTSBURGH, PA 15219 | TRI COUNTRY 1989 LIMITED PARTNERSHIP ATTN: MARYBETH FREUND PITTSBURGH, PA 15219 | | | 26,216.68 |
| WASTE MANAGEMENT PO BOX 13648 PHILADELPHIA, PA 19101-3648 | WASTE MANAGEMENT PO BOX 13648 PHILADELPHIA, PA 19101-3648 | | | 12,870.44 |

B4 (Official Form 4) (12/07) - Cont.

In re    MSAA PA Partners, LLC                                    Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ____08/12/15____        Signature _____
                                          Zafar Jafri
                                          Member

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§ 152 and 3571.

## <u>CERTIFICATE OF RESOLUTION</u>

I, the undersigned, a member of MSAA PA Partners, LLC (the "Company"), do hereby certify that the Company has adopted the following resolutions:

"**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Zafar Jafri be, and he hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Nevada executing said petition on behalf of the Company; and it is further

**RESOLVED**, that Zafar Jafri be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case; and it is further

**RESOLVED**, that Aesha Jafrey or Zafar Jafri be, and hereby is authorized and directed to employ Heller, Draper, Patrick, Horn & Dabney, L.L.C. as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Aesha Jafrey or Zafar Jafri is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of said attorneys.

**RESOLVED**, that on behalf of the Company, Aesha Jafrey or Zafar Jafri be, and hereby is authorized and directed to employ Garman Turner Gordon LLP as local counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Aesha Jafrey or Zafar Jafri is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Garman Turner Gordon LLP."

**IN WITNESS WHEREFORE,** I have hereunto set my hand on this _12_ th day of August, 2015.

MSAA PA Partners, LLC

By: _____

Zafar Jafri
Member

**United States Bankruptcy Court**
**District of Nevada**

In re   MSAA PA Partners, LLC

Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   _____ 08-12-15 _____          _____ Zafar m. Jafri _____

Zafar Jafri/Member
Signer/Title

MSAA PA Partners, LLC
P.O. Box 60609
Irvine, CA 92602

Douglas S. Draper
Heller, Draper, Patrick, Horn & Dabney, LLC
650 Poydras St.
Suite 2500
New Orleans, LA 70130

A QUICK DRIAN SERVICE
PO Box 913
Washington, PA 15301

A ROOTERMAN PLUMBING
460 SCHOOL ROAD
CLINTON, PA 15026

A&W RESTAURANTS INC
McGrathiana Parkway
Suite 380
Lexington, KY 40511

A+LANDSCAPING
714 BAUMAN AVE
BADEN, PA 15005

ABCO FIRE PROTECTION, INC.
P.O. BOX 2530
PITTSBURGH, PA 15230-2530

ACCEL SIGN GROUP
5600 HARRISON ST.
PITTSBURGH, PA 15201

ACCESS POINT INC - 290810
ATTN: JONATHAN GAVIN
1100 CRESCENT GREEN
CARY, NC 27518

ACE LOCK
5964 BAUM BOULEVARD
PITTSBURGH, PA 15206

ADVANCED DISPOSAL - BROCKWAY - L1
MCCLELLANDTOWN L6 / SOLID WASTE OF PA L6
PO BOX 74008047
CHICAGO, IL 60674-8047

AGER REFRIGERATION LLC.
148 NORTH SPRING STREET
BLAIRSVILLE, PA 15717

AIS COMMERCIAL PARTS & SERVICE
1005 PARKWAY VIEW DRIVE
PITTSBURGH, PA 15205-1214

ALLEGHENY COUNTY HEALTH DEPT
ATTN: MARLENE
542 FOURTH AVE
PITTSBURGH, PA 15219

ALLEGHENY COUNTY TREASURER
436 GRANT STREET ROOM 108
PITTSBURGH, PA 15219-2497

ALLEGHENY REFRIGERATION SERVICE CO.
1228 BRIGHTON RD.
PITTSBURGH, PA 15233

ALLEGHENY SAFE&LOCK INC.
3020 UNIONVILLE ROAD SUITE
101 CRANBERRY TWP, PA 16066

AMERICAN REALTY CAPITAL
ATTN: CINDY DIP
200 DRYDEN ROAD SUITE 1100
DRESHER, PA 19025

ARC CAFEUSA001, LLC
c/o Tonia Jones, Regional Manager
American Realty Capital Properties
2325 East Camelback Road, Suite 1100
Phoenix, AZ 85016

ASSOCIATION OF LJS FRANCHISEES, INC
PO BOX 1749
VERSAILLES, KY 40383-1749

ATLAS SIGN&LIGHTING, LLC
168 ST IVES WAY
ZELIENOPLE, PA 16063

B&P LOCKSMITH
160 Clairton Blvd
Pittsburgh, PA 15236

B.C.ELECTRIC
469 PATTON STREET
WILMERDING, PA 15148

BARILLA EQUIPMENT
2900 WALNUT STREET
MCKEEPORT, PA 15132

BAUERS SEPTIC SERVICE
29998 ROUTE 66
LUCINDA, PA 16235

BEAVER FALLS MUNICIPAL AUTHORITY-M-10931
M-109-319
PO BOX 400
BEAVER FALLS, PA 15010-0400

BEST OUTDOOR, LLC
PO BOX 6502
LAUREL, MS 39441

BEVERLY SERVICES
3044 INDUSTRIAL BLVD
BETHEL PARK, PA 15102

BIG A'S LAWN CARE
920 SOUTH SECOND ST.
INDIANA, PA 15701

BIRNAM WOOD APARTMENTS
ATTN: LEASING OFFICE REF#11-915
900 MACBETH DRIVE
MONROEVILLE, PA 15146

BIZFILINGS
39922 TREASURY CENTER
CHICAGO, IL 60694-9900

BOB'S PLUMBING AND EXCAVATING
317 THORTON ROAD
BROWNSVILLE, PA 15417

BOROUGH OF INDIANA UTILITIES BILLING DEP
ACC#95062
80 N 8TH ST. STE.102
INDIANA, PA 15701

BOWMAN'S PLUMBING & REMODELING
113 ANDERSON ST.
LATROBE, PA 15650

BOWSER'S MOWING & LANDSCAPE SER.
264 JARALY LANE
KITTANNING, PA 16201

BRIGHT LIGHT ENTERPRISES
1801 E MAIDEN ST
WASHINGTON, PA 15301

BRUNO PLUMBING AND HEATING, INC.
65 CAMPBELL AVENUE
WASHINGTON, PA 15301

BUERKLE INC.
DIV OF K KICINSKI MECHANICAL SERVICE
3519 PENN AVENUE
PITTSBURGH, PA 15201

BUTLER AREA SEWER AUTHORITY – BS 001085
100 LITMAN ROAD
BUTLER, PA 16001-3256

C&C SERVICES
1345 WEST PENN BOULEVARD
UNIONTOWN, PA 15401

CARL WARREN & COMPANY
PO BOX 748204
LOS ANGELES, CA 90074-8204

CASTLE TRUCKING AND SNOW REMOVAL, INC.
PO BOX 217
LARIMER, PA 15647

Center Clarion, LLC
PO BOX 38427
Pittsburgh, PA 15238

CHARTIERS VALLEY SCHOOL DISTRICT
LISA M RILEY – TAX COLLECTOR
SCOTT TOWNSHIP TAX OFFICE
CARNEGIE, PA 15106

CITY OF DUQUESNE – 14-11380 00
12 SOUTH 2ND ST
DUQUESNE, PA 15110

CLAIR PLUMBING, LLC
4224 STANLEY ST.
PITTSBURGH, PA 15207

CLARION STUDENT ASSOCIATION (CSA)
THE CLARION CALL ACCOUNT #5055
270 GEMMELL STUDENT COMPLEX
CLARION, PA 16214

Clark County Assessor c/o Bkcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer c/o Bkcy. Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

CLINTON C. ERDLEY
151 TRAILER LANE
KITTANNING, PA 16201

COMCAST - 8993210050845905-0130095141-
0260145492-1450007666-2710152540-
3080128490
PO BOX 3002
SOUTHEASTERN, PA 19398-3002

COOPER ELECTRIC SERVICES, INC
727 MELDON AVENUE
PO Box 311
DONORA, PA 15033

COX-0017601051698202
PO BOX 1259
DEPT #102280
OAKS, PA 19456

CROSSROADS LP
2801 LIBERTY AVE STE 100
PITTSBURGH, PA 15222

CUCKLER PLUMBING, LLC
136 WATTERS STATION ROAD
EVAN CITY, PA 16003

CWM ENVIRONMENTAL
11931 STATE ROUTE 85
KITTANNONG, PA 16201

DARLING INTERNATIONAL INC.
PO BOX 552210
DETROIT, MI 48255-2210

DATA IMAGING SUPPLIES, INC.
1253 E ST LOUIS STREET
SPRINGFIELD, MO 65802

DATE LABEL CORP.
1298 E. US HWY 136 SUITE E
PITTSBORO, IN 46167

DAVIS BROTHER HEATING & A/C INC.
1075 WATER STREET
INDIANA, PA 15701

DELOITTE TAX LLP
PO BOX 2079
CAROL STREAM, IL 60132-2079

Department of Employment
Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

DIANE L. FIGG, TAX COLLECTOR
314 PORTER AVENUE, SUITEA
SCOTTDALE, PA 15683

DON HUEY CUSTOM BUILDING & REMODELING IN
23 CAMPBELL LANE
INDIANA, PA 15701

DON'S APPLIANCE SERVICE
191 STONE CHRUCH ROAD
WHEELING, WV 26003-7406

DONALD M HIGVEE TESTAMENTARY
720 VANDERBILT Road
CONNELLSVILLE, PA 15424-6218

DONNA EDLIN
35650 ZEPHYR WAY
PLEASANT HILL, OR 97455

DYNOSKE LANDSCAPING, LLC.
238 BETTIS RD.
DRAVOSBURG, PA 15034

ECOLAB EQUIPMENT CARE - CC
GCS SERVICE, INC.
24673 NETWORK PLACE
CHICAGO, IL 60673-1246

ECOLAB PEST ELIM. DIV.
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

ELK AIR CONDITIONING - CC
75 BILLOTT AVE.
NORTH HUNTINGDON, PA 15642

ELLENBERGER LAWN CARE, INC.
507 MILLER AVE
BUTLER, PA 16001

Eri-Di-West
c/o Justin T. Barron
Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield Street, Suite 800
Pittsburgh, PA 15222

ERRI-DI-WEST
112 MILLBRAE LANE
CHAPEL HILL, NC 27514

FISCHER HARDWARE COMPANY, INC.
611 THIRD ST.
BEAVER, PA 15009

FRANCIS L.KING COUNTY TREASURER
100 WEST BEAU ST. STE 205
WASHINGTON, PA 15301-4432

FRANK J NASCONE TRUST NASON IN
PO Box 94777
CLEVELAND, OH 44101-4777

FRANK LODOVICO JR
PO BOX 651
MURRYSVILLE, PA 15668

FRED METCALFE
1204 GREENOCK BUENA VISTA ROAD
MCKEESPORT, PA 15135

GASKETS ROCK, LLC
504 PARKWAY VIEW DRIVE
PITTSBURGH, PA 15205

GATEWAY SCHOOL DISTRICT
LAW OFFICES OF IRA WEISS
445 FORT PITT BLVD, SUITE 503
PITTSBURGH, PA 15219

GE Capital c/o Mark Flamm, Vice Presiden
500 West Monroe
Chicago, IL 60661

GE Entities c/o Scott M. Esterbrook
Reed Smith LLP
Three Logan Square, 1717 Arch Street
Suite 3100
Philadelphia, PA 19103

GEc/o Scott M. Esterbrook
Reed Smith LLP
Three Logan Square, 1717 Arch Street
Suite 3100
Philadelphia, PA 19103

GENE'S SERVICE
3729 GREENSPRINGS AVE
WEST MIFFLIN, PA 15122

Gerald M. Gordon
Garman Turner Gordon LLP
650 White Drive, Suite 100
Las Vegas, NV 89119

GILES LAWN CARE
1496 US 322
UTICA, PA 16362

GOOD'S PLUMBING, HEATING&A/C
1398 ROBBINS STATION RD
NORTH HUNTINGDON, PA 15642

GRETCHEN CIARAMELLA
364 S MT VERNON AVE
UNIONTOWN, PA 15401

Gumberg Associates - Cranberry Mall
c/o Brian D. Gumberg
LG Realty Advisors, Inc.
535 Smithfield Street, Suite 900
Pittsburgh, PA 15222

GUZYK LOCK SAFE & SECURITY CO. INC.
2426 DUSS AVE.
AMBRIDGE, PA 15003

HAPCHUK, INC.
226 RANKIN ROAD
WASHINGTON, PA 15301

HM ELECTRONICS, INC.
14110 STOWE DRIVE
POWAY, CA 92064

HOBART
748-750 HIGHLAND AVENUE
GREENSBURG, PA 15601

HUGHES NETWORK SYSTEMS, LLC
PO BOX 96874
CHICAGO, IL 60693-6874

IBM CORPORATION
PO BOX 534151
ATLANTA, GA 30353-4151

INPROCESS, INC.
1727 VETERANS MEMORIAL HWY
ISLANDIA, NY 11749

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J DUANE HARRIGER, TAX COLLECTOR
15698 ROUTE 68
SLIGO, PA 15266

JAN HALL
HALL'S SNOW SERVICE
1131 AMANDA ST.
PITTSBURGH, PA 15210

JB MECHANICAL-SERVICE
1071 MILFORD DRIVE
BETHEL PARK, PA 15102

JEFF MACK, TAX COLLECTOR
2275 PHILADELPHIA STREET
INDIANA, PA 15701

JEREMY WATTS
1801 CEDARHURST DR.
RICHMOND, VA 23225

JESSICA MORRIS
502 MARKS POND WAY
WILLIAMSBURG, VA 23188

JJ. BACKFLOW CO
172 NASSAU DR
PLUM, PA 15239

JL ROBINSON, INC.
PO BOX 14111
PITTSBURGH, PA 15239

JOHN WEINSTEIN
COUNTY TREASURER
PO BOX 643385
PITTSBURGH, PA 15264-3385

JORDAN TAX SERVICE, INC.
#31638-31639-31650-31660
102 RAHWAY ROAD
MC MURRAY, PA 15317-3349

K.S.J.W.A - 0950015
710 TARRTOWN RD
ADRIAN, PA 16210

KALEEL BROTHERS, INC.
761 Bev Road
Youngstown, OH 44512

KATIE RIAL
312 SUGARCREEK DRIVE
FRANKLIN, PA 16323

KEYSTONE COLLECTIONS GROUP
546 WENDEL ROAD,
IRWIN, PA 15642

L GERMECK HEATING & COOLING INC.
1353 HEDY LYNN DR.
N. HUNTINGDON, PA 15642

```
L&H QUICK DRAIN SERVICE
31 PINE LANE
EIGHTY FOUR, PA 15330

LATROBE 30 ASSOC
152 WEST 57TH STREET, 12TH FLOOR
NEW YORK, NY 10019

LATROBE MUNICIPAL AUTHORITY - C-77-490
PO BOX 88
LATROBE, PA 15650-0088

LAUREL OF KITTANNING
PO BOX 472
LATROBE, PA 15650

LEGAL TAX SERVICE INC. - WMS97150657-00
714 LEBANON ROAD
WEST MIFFLIN, PA 15122

LG REALTY
535 SMITHFIELD ST. STE 900
PITTSBURGH, PA 15222

LONG JOHN SILVER'S
PO BOX 63-7629
CINCINNATI, OH 45263-7629

LUTON'S PLUMBING, HEATING, & A/C INC.
105 N. FIRST AVENUE
CLARION, PA 16214

LYNN IMAGING
PO BOX 519
LEXINGTON, KY 40588-0519

M.A.T.R. - 0919200.00
P.O Box 642715
Pittsburgh, PA 15264-2715

M.A.W.C. - S-301-015-00 / W-004-734-00
PO BOX 800
GREENSBURG, PA 15601-0080

MACM - 14-11380-00
2800 WALNUT ST
MCKEESPORT, PA 15132

MACROMATIX

MANGIARELLI REALTY & DEVELOPMENT
2516 WILMINGTON ROAD
NEW CASTLE, PA 16105-1644
```

Mark Friedman, DLA Piper, LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

MARK J. BURKARDT TAX COLL
152 BEATTY COUNTY RD
LATROBE, PA 15650

MATR
4200 CAMPBELLS RUN RD.
PITTSBURGH, PA 15205

MCKNIGHT DEVELOPMENT CORP
310 GRANT ST. SUITE 2500
PITTSBURGH, PA 15219-2303

McLane Foodservice, Inc.
c/o Eric R. Goodman, Baker Hostetler
PNC Center, 1900 East 9th Street
Suite 3200
Cleveland, OH 44114-3482

MCMURRAY ELECTRIC, INC.
109 MARBLE DRIVE
MCMURRAY, PA 15317

MCVEHIL PLUMBING HEATING AIR
46 EAST WHEELING STREET
WASHINGTON, PA 15301

MICROBAC LABORATORIES, INC
LOCATOR CA
P.O. BOX 644733
PITTSBURGH, PA 15264-4733

MONROEVILLE MUNICIPAL AUTHORITY 09587 0
219 SPEELMAN LANE
MONROEVILLE, PA 15146-3903

Mosites High Tower Company
c/o Mosites Development Company
4839 Campbells Run Road
Pittsburgh, PA 15205

Mosites High Tower Company
c/o William R. Miller, Esq.
86 Main Street
PO Box 385
Hickory, PA 15340

MOSITES HIGHTOWER CO
4839 CAMPBELLS RUN ROAD,
PITTSBURGH, PA 15205

MR. B'S LAWN SERVICE LLC.
513 THIRD STREET
ELLWOOD CITY, PA 16117

MR. ROOTER OF PITTSBURGH
64 PROGRESS AVE
CRANBERRY TWP, PA 16066

MUNICIPAL AUTHORITY OF THE BOROUGH
OF BELLE VERNON - ACC# 4803
PO BOX 181
BELLE VERNON, PA 15012

MUNICIPAL AUTHORITY OF WESTMORELAND
COUNTY - J-016-179-10
PO BOX 800
GREENSBURG, PA 15601-0800

NAC ADVERTISING
LOCK BOX 3585 RELIABLE PARKWAY
CHICAGO, IL 60686-0035

NATIONAL A&W FRANCHISEES ASSOC.
1648 MCGRATHIANA PARKWAY STE 380
LEXINGTON, KY 40511

Nevada Dept. of Taxation Bankr. Sec.
555 E. Washigton Ave., #1300
Las Vegas, NV 89101

NEW CASTLE LOCK&KEY
1824 EASTBROOK ROAD
NEW CASTLE, PA 16101

NEW KENSINGTON - TREASURER
301 11TH ST
NEW KENSINGTON, PA 15068

NFCMA - 14247
1634 UNIVERSITY DRIVE
PO BOX 368
DUNBAR, PA 15431-0368

NICKLES BAKERY
PO BOX 30
NAVARRE, OH 44662-0030

NUCO2
P.O. BOX 417902
BOSTON, MA 02241-7902

Orkin
P.O. BOX 1504
ATLANTA, GA 30301-1504

```
OXFORD DEVELOPMENT - 31658
ONE OXFORD CENTRE STE 4500
PITTSBURGH, PA 15221

Oxford Development Company
c/o Jason J. Cervone
Burns White, LLC
106 Isabella Street
Pittsburgh, PA 15212

PA MUNICIPAL SERVICE CO
ACC#015-S3048-03758-01
336 DELAWARE AVE. DEPTU-015-A
OAKMONT, PA 15139

PATRICK J FULKERSON, TAX COLLECTOR
2700 MONROEVILLE BLVD
MONROEVILLE, PA 15146-2388

Patrick J. Fulkerson, Tax Collector
2700 Monroeville Blvd.
Monroeville, PA 15146

PEGGY REITLER, TAX COLLECTOR
591 EAST BRADY RD
KITTANNING, PA 16201

Penn Hills School - District Tax Office
260 Aster Streed
Pittsburgh, PA 15235

PENN HILLS SCHOOL DISTRICT TAX OFFICE
260 ASTER STREET
PITTSBURGH, PA 15235

PEPSI-COLA COMPANY
A DIVISION OF PEPSICO, INC.
PO BOX 75948
CHICAGO, IL 60675-5948

PIPER'S LAWN CARE
2141 DAILEY AVE.
LATROBE, PA 15650

PITTSBURGH MIRROR & GLASS INC.
PO BOX 101214
PITTSBURGH, PA 15237

PLANS EXAMINERS, INC.
1000 CHURCH HILL RD STE 210
PITTSBURGH, PA 15205

PR WASHINGTON CROWN LIMITED PARTNERSHIP
PO BOX 347859
PITTSBURGH, PA 15251-4859
```

R&B ELECTRONICS
403 PARKWAY VIEW DRIVE
PITTSBURGH, PA 15205

R&K LANDSCAPING
1172 SWEDE HILL RD
GREENSBURG, PA 15601

R.F. TECHNOLOGIES, INC.
PO BOX 142
BETHALTO, IL 62010

REMNANT LAWNCARE
338 E 11TH AVENUE
HOMESTEAD, PA 15120

RENK'S LANDSCAPING & CARPENTRY SERVICES
3255 MARGARET ST.
PITTSBURGH, PA 15227

RESTAURANT SUPPLY CHAIN SOLUTIONS
PO BOX 32033
LOUISVILLE, KY 40232

RICKYS LAWN SERVICE


RICUPERO, INC
331 JONES STREET
VERONA, PA 15147

RITA A SCHWARZMEIER, TAX COLLECTOR
457 PERRY HIGHWAY
PITTSBURGH, PA 15229

RIVERVIEW PLAZA ASSOCIATED
THREE GATEWAY CENTER SUITE 200
401 LIBERTY AVE.
PITTSBURGH, PA 15222

ROBERT A MACEIKO TAX COLLECTOR
LAW & FINANCE BUILDING
15 NORTH CENTRAL AVE
CANONSBURG, PA 15317

ROBERT S ROADMAN JR
116 NORTH FIRST STREET
CONNELLSVILLE, PA 15425

ROBERT W. Imig
14747 BARTLEY LANE
JAMUL, CA 91935

ROCHESTER AREA JOINT SEWER AUTHORITY0319
#03195-0
395 ADAMS STREET 1ST FLOOR
ROCHESTER, PA 15074

ROGER A. REITLER
TAX COLLECTOR
591 EAST BRADY ROAD
KITLANNING, PA 16201

ROSTRAVER TOWNSHIP SEWAGE AUTHORITY
ACC# 2275
PO BOX 644715
PITTSBURGH, PA 15264-4715

ROTO ROOTER OF BEAVER COUNTY
157 HILLCREST DR
NEW BRIGHTON, PA 15066

SCHELL ELECTRIC INC
3805 LIBERTY WAY
MCKEESPORT, PA 15133

SCHOOL DISTRICT OF DUQUESNE
TREASURER
12 SOUTH SECOND STREET
DUQUESNE, PA 15110-1148

SCOTT TOWNSHIP SEWER FUND - 0240495145.0
301 LINDSAY ROAD
CARNEGIE, PA 15106

SECURITY SYSTEMS OF AMERICA
500 ARDMORE BOULEVARD
PITTSBURGH, PA 15221-3060

SERVPRO OF CLARION, JEFFERSON
&FOREST COUNTIES
36 E MAIN ST.
BROOKVILLE, PA 15825

SHALER ZAMAGIAS LTD
336 FOURTH AVENUE
PITTSBURG, PA 15222

SHELLEY BUCHANAN, TREASURER
TAX COLLECTOR
11279 CENTER HWY
NORTH HUNTINGDON, PA 15642

SHIMKO ELECTRIC
PO BOX 69
LUCERNEMINES, PA 15754

SKERLEC CONTRACTING, INC.
3578 BRODHEAD RD. STE. 3
MONACA, PA 15061

SMG LANDSCAPE AND CONSTRUCTION
PO BOX 5188
NEW CASTLE, PA 16105

SNAGAJOB
4851 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Social Security Administration
Office of Regional Chief Counsel
Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

SOUTH UNION TOWNSHIP SEWAGE AUTHORITY380
ACC#3803 - ACC#3879
PO BOX 2047
UNIONTOWN, PA 15401

STAHL PLUMBING, HEATING
& AIR CONDITIONING, INC.
1924 MCCAGUE STREET
PITTSBUGH, PA 15218

SUGARCREEK BOROUGH-
#1000020-001 - -1001042-001
212 FOX STREET
FRANKLIN, PA 16323

TECH ONE ASSOC
200 MARSHALL DR
CORAOPOLIS, PA 15108

TERRY J STEFFY, TAX COLLECTOR
603 REESEDALE RD
ADRIAN, PA 16210

THE BOOTH GUY
537 WASHINGTON AVE APT 3
CARNEGIE, PA 15106

THE BOROUGH OF WEST VIEW
441 PERRY HIGHWAY
PITTSBURGH, PA 15229

THE MAINTENANCE MAN
254 TAYLORSTOWN RIDGE RD.
CLAYSVILLE, PA 15323

THE MEADOWS RACETRACK AND CASINO
ATTN: ANGELA CORSO
BANQUET AND CATERING SALES MANAGER
WASHINGTON, PA 15301

THOMAS VERNON, TAX COLLECTOR
364 S. MT. VERNON AVENUE
UNIONTOWN, PA 15401

TOLT SOLUTIONS, INC
3550 RUTHERFORD RD.
TAYLORS, SC 29687

TOSHIBA GLOBAL COMMERCE SOLUTIONS, INC.
PO BOX 644938
PITTSBURGH, PA 15264-4938

TOWNSHIP OF SCOTT
LISA M RILEY - TAX COLLECTOR
SCOTT TOWNSHIP TAX OFFICE
CARNEGIE, PA 15106

TREASURER, CITY & SCHOOL DISTRICT
OF PITTSBURGH - REAL ESTATE TAX
PO BOX 747017
PITTSBURGH, PA 15274-7017

TRI COUNTRY
1989 LIMITED PARTNERSHIP
ATTN: MARYBETH FREUND
PITTSBURGH, PA 15219

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURG, PA 15250-7967

UFPC PARTS CONNECTION
NW 5848
PO BOX 1450
MINNEAPOLIS, MN 55485-5848

UFPC SMALLWARES CONNECTION
477 S FRONT ST
COLUMBUS, OH 43215-5625

UNDERGROUND VAULTS & STORAGE
PO BOX 1723
HUTCHINSON, KS 67504-1723

United States Attorney's Office
District of Nevada
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

UNITY TWP. MUNICIPAL AUTHORITY 001748
PO BOX 506
PLEASANT UNITY, PA 15676

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

VERIZON WIRELESS -
#771253749-00003, 771253749-00002
#799000842801341904, 4127315813465
PO BOX 660108
DALLAS, TX 75266-0108

VIK-KEL CORP
123 BASK DRIVE
JEANNETTE, PA 15644

VIVID IMPACT COMPANY, LLC
10116 BUNSEN WAY
LOUISVILLE, KY 40299

W.H.A.W.P.C.A. - 070033288
257 LINDE RD
KITTANNING, PA 16201-4719

WASTE MANAGEMENT
Acct No Multiple Accounts
PO BOX 13648
PHILADELPHIA, PA 19101-3648

WELTER LOCK AND SAFE INC.
126 ELIZABETH DR.
BUTLER, PA 16001

WEST VIEW AUTHORITY - 009-060600-01
PO BOX 97208
PITTSBURGH, PA 15229-0208

WEWJA-1092*11520*2
PO BOX 510
WASHINGTON, PA 15301-0510

WHITBY, INC.
62 RACE STREET
UNIONTOWN, PA 15401

WHITE TOWNSHIP SEWER SERVICE - 12819-C
950 INDIAN SPRINGS ROAD
INDIANA, PA 15701-3506

WILLIAM MCDANIEL
312 SUGARCREEK DRIVE
FRANKLIN, PA 16323

WINDSTREAM-020694925
P O BOX 9001908
LOUISVILLE, KY 40290-1908

WPJWA - 32093-30514
2200 ROBINSON BLVD
WILKINSBURG, PA 15221-1112

Zamagias Properties
c/o Edward A. Preston
336 Fourth Avenue
Pittsburgh, PA 15222

ZIMMERLY & CO., INC.
P.O. BOX 540907
DALLAS, TX 75354